UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN A. LEWIS, | ) Case No. C13-370-RSL |
| | ) |
| Plaintiff, | ) ORDER GRANTING UNOPPOSED |
| | ) MOTION FOR EAJA FEES, EXPENSES |
| v. | ) AND COSTS |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter comes before the Court on the plaintiff's unopposed motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(a), (d) and 28 U.S.C. § 1920. Dkt. 29.  On February 3, 2014, the defendant indicated that the Commissioner "has no objection to the amounts requested by Plaintiff."  Dkt. 31 at 1.  Accordingly, the Court ORDERS that plaintiff's unopposed motion, Dkt. 29, is GRANTED, and that EAJA fees in the amount of $6,739.05, expenses in the amount of $18.33 and costs in the amount of $38.50, for a total amount of $6,795.88, are awarded to plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010) and delivered to plaintiff's counsel, Robert A. Friedman.  However, if the Department of Treasury determines that plaintiff's EAJA fees, expenses and costs are not subject to any offsets allowed under the Treasury Offset Program, then the check or EAJA fees, expenses and costs

ORDER
PAGE - 1

shall be made payable to plaintiff's attorney, Robert A. Friedman, based upon plaintiff's assignment of these amounts to him.

DATED this 14th day of March, 2014.

Robert S. Lasnik
United States District Judge

Recommended for entry this
14th day of March, 2014:

s/ JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2